DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of B.P. and M.P., children.

D.P.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2153
_____

March 15, 2024

Appeal from the Circuit Court for Pasco County; Linda H. Babb, Judge.

Angela B. Wright, Tampa, for Appellant.

Bruce Bartlett, State Attorney of the Sixth Judicial Circuit, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellant Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Tallahassee, for Appellant Guardian ad Litem Program.

PER CURIAM.

D.P., the father in this dependency proceeding, appeals from the order denying his motion for reunification. We treat this appeal as a

petition for writ of certiorari, *see D.P. v. Dep't of Child. & Fams.*, 367 So. 3d 595, 597 (Fla. 2d DCA 2023), and dismiss.

Petition dismissed.

LaROSE, MORRIS, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.